No. 01–8365. CABEZAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8370. WILKINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8375. LITTLE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–8376. LAWRENCE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8380. CARDENAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8381. DORE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8384. VAN BUSKIRK v. BALDWIN, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 01–8387. PALMIERI v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–8388. BRANUM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–8389. BROWN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8392. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8393. CASTRO-RAMIREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–8401. MORALES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–8402. DIPLAN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 01–8409. BANKS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8411. KING v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.